UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL WIDEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GRAND LODGE SERVICES, INC., THE MASTERS, WARDENS AND MEMBERS OF THE MOST WORSHIPFUL GRAND LODGE OF ANCIENT AND FREE ACCEPTED MASONS OF THE COMMONWEALTH OF MASSACHUSETTS, INC., THE MASONIC EDUCATION CHARITY TRUST, ROBERT PUGLISI and ROGER PAGEAU,<br><br>    Defendants. | Civil Action No. 04-12360-REK |

## ASSENTED-TO MOTION OF DEFENDANTS, GRAND LODGE SERVICES, INC. AND ROGER PAGEAU, TO ENLARGE THE DATE BY WHICH THEY MUST SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, Grand Lodge Services, Inc. (hereinafter, "Grand Lodge") and Roger Pageau (hereinafter, "Pageau") (hereinafter, Grand Lodge and Pageau together, "Defendants"), with Plaintiff's assent, respectfully move to enlarge the date by which they must serve a response to Plaintiff's Complaint to and including December 15, 2004.  As grounds for their motion, Defendants state that the additional time is necessary to appropriately respond to the allegations set forth in the Complaint.

Defendants' counsel has conferred with Plaintiff's counsel, Michael Bean, concerning this motion.  As indicated below, Mr. Bean assents to the Court granting this motion.

WHEREFORE, Defendants respectfully request that the Court grant their Assented-to Motion to Enlarge The Time By Which They Must Serve a Response to Plaintiff's Complaint.

        Respectfully submitted,

        GRAND LODGE SERVICES, INC. and
        ROGER PAGEAU,

        By their attorneys,

        /s/ Samia Kirmani
        David J. Kerman (BBO# 269370)
        Samia M. Kirmani (BBO# 634699)
        JACKSON LEWIS LLP
        75 Park Plaza
        Boston, Massachusetts 02116
        (617) 367-0025

**ASSENTED- TO BY PLAINTIFF**

By her attorney,

/s/ Michael Bean (by SMK)
Michael A. Bean (BBO# 645962)
Perkins Smith & Cohen, LLP
One Beacon Street
Boston, MA  02108

Dated:  November 29, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 29th day of November, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, Michael A. Bean, Perkins Smith & Cohen, LLP, One Beacon Street, Boston, Massachusetts 02108, by first-class mail, postage prepaid.

        /s/ Samia Kirmani
        Jackson Lewis LLP