UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL M. WIDEMAN,<br><br>      Plaintiff,<br><br>v.<br><br>GRAND LODGE SERVICES, INC.,<br>THE MASTERS, WARDENS AND<br>MEMBERS OF THE MOST<br>WORSHIPFUL GRAND LODGE OF<br>ANCIENT AND FREE ACCEPTED<br>MASONS OF THE COMMONWEALTH<br>OF MASSACHUSETTS, INC., THE<br>MASONIC EDUCATION CHARITY<br>TRUST, ROBERT PUGLISI, and<br>ROGER PAGEAU,<br><br>      Defendants. | DOCKET NO: 04-12360REK |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned counsel, Tanya K. Oldenhoff, hereby withdraws her representation of the Plaintiff, Carol M. Wideman ("Ms. Wideman"). Nancy S. Shilepsky and Michael A. Bean of PERKINS SMITH & COHEN LLP will continue to represent Ms. Wideman, in the above-entitled action.

CAROL M. WIDEMAN
By her attorneys,

Dated: December 3, 2004

/s/ Tanya K. Oldenhoff
Nancy S. Shilepsky, BBO#459080
Michael A. Bean, BBO#645962
Tanya K. Oldenhoff, BBO#651006
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
(617) 854-4000