UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL WIDEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GRAND LODGE SERVICES, INC., THE MASTERS, WARDENS AND MEMBERS OF THE MOST WORSHIPFUL GRAND LODGE OF ANCIENT AND FREE ACCEPTED MASONS OF THE COMMONWEALTH OF MASSACHUSETTS, INC., THE MASONIC EDUCATION CHARITY TRUST, ROBERT PUGLISI and ROBERT PAGEAU,<br><br>    Defendants. | Civil Action No. 04-12360-REK |

**DEFENDANT ROBERT PUGLISI'S ASSENTED TO MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Defendant Robert Puglisi ("Mr. Puglisi" or "Defendant") hereby moves to enlarge the date by which he must serve a response to Plaintiff's Complaint to and including January 18, 2005. As grounds for this Motion, Defendant states that the additional time is necessary to fully evaluate and respond to the allegations set forth in the Complaint. Mr. Puglisi's counsel has conferred with Plaintiff's counsel, Michael Bean, concerning this motion and Mr. Bean assents to the Court granting this motion.

        Respectfully submitted,

        ROBERT PUGLISI

        By his attorneys,


        /s/ Kristin D. Sostowski
        Scott A. Faust (BBO No. 546125)
        Lisa Richards Rahilly (BBO No. 564919)
        Kristin D. Sostowski (BBO No. 652770)
        McDermott Will & Emery LLP
        28 State Street
        Boston, MA 02109
        (617) 535-4000

Assented to by Plaintiff,

By her attorney,


/s/ Michael A. Bean (by KDS)
Michael A. Bean (BBO No. 645962)
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4040

Dated:  January 7, 2005

BST99 1441260-1.054344.0010