AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Carol M. Wideman
V.
Grand Lodge Services, Inc., The Masters, Wardens and Members of the Most Worshipful Grand Lodge of Ancient and Free Accepted Masons of the Commonwealth of Massachusetts, Inc., The Masonic Education Charity Trust, Robert Puglisi and Roger Pageau

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 12360 REK**

TO: (Name and address of Defendant)

The Masters, Wardens and Members of the Most Worshipful Grand Lodge of Ancient and Free Accepted Masons of the Commonwealth of Massachusetts, Inc.
186 Tremont Street
Boston, MA 02111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Bean, Esq.
Perkins Smith & Cohen LLP
One Beacon St., 30th Floor
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   11-5-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service on behalf of the Master, Wardens and Members of the Grand Lodge of Masons of Massachusetts accepted by counsel: Sara Kumani

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.