UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL M. WIDEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>GRAND LODGE SERVICES, INC., THE MASTERS, WARDENS AND MEMBERS OF THE MOST WORSHIPFUL GRAND LODGE OF ANCIENT AND FREE ACCEPTED MASONS OF THE COMMONWEALTH OF MASSACHUSETTS, INC., THE MASONIC EDUCATION CHARITY TRUST, ROBERT PUGLISI, and ROGER PAGEAU,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  DOCKET NO: 04-12360REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel, James A. G. Hamilton, hereby enters his appearance on behalf of the Plaintiff, Carol M. Wideman, in the above captioned matter.

                                        /s/ James A. G. Hamilton
                                        James A. G. Hamilton, BBO#218760
                                        Perkins Smith & Cohen LLP
                                        One Beacon Street, 30th Floor
                                        Boston, Massachusetts 02108
                                        (617) 854-4000

Dated: January 13, 2005

## **CERTIFICATE OF SERVICE**

    I, Michael A. Bean, hereby certify that I have this day served a copy of this Notice of Appearance via the Court's electronic service system upon all counsel of record for the Defendants in the above captioned matter.

                                               /s/ Michael A. Bean
                                               Michael A. Bean

DATED:  January 13, 2005