UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROL WIDEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRAND LODGE SERVICES, INC., THE ) <br> MASTERS, WARDENS AND MEMBERS OF ) <br> THE MOST WORSHIPFUL GRAND LODGE ) <br> OF ANCIENT AND FREE ACCEPTED ) <br> MASONS OF THE COMMONWEALTH OF ) <br> MASSACHUSETTS, INC., THE MASONIC ) <br> EDUCATION CHARITY TRUST, ROBERT ) <br> PUGLISI and ROBERT PAGEAU, ) <br> ) <br> Defendants. ) | Civil Action No. 04-12360-REK |

## NOTICE OF APPEARANCE

Please enter the appearance of Lisa Richards Rahilly, of McDermott Will & Emery LLP, 28 State Street, Boston, Massachusetts, on behalf of the Defendant, Robert Puglisi, in the above-captioned matter.

Respectfully Submitted,

ROBERT PUGLISI
By his attorney,

_____/s/_____
Lisa Richards Rahilly (BBO #564919)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: 617.535.4000
Fax: 617.535.3800
Email: lrahilly@mwe.com

Date: February 4, 2005

BST99 1445024-1.054344.0034