UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Carol Wideman,
      Plaintiff

v.                                                      Civil Action No. 04-12360-REK

Grand Lodge Services, Inc., et al.
      Defendant

## SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

    The Court having been advised by counsel for the defendant that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within forty-five (45) days to reopen the action if

settlement is not consummated.

                                                          By the Court,

                                                          /S/ Karen P. Folan

2/8/05                                              _____
  Date                                              Karen P. Folan
                                                      Courtroom Clerk