**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL M. WIDEMAN,<br><br>Plaintiff,<br><br>v.<br><br>GRAND LODGE SERVICES, INC., THE MASTERS, WARDENS AND MEMBERS OF THE MOST WORSHIPFUL GRAND LODGE OF ANCIENT AND FREE ACCEPTED MASONS OF THE COMMONWEALTH OF MASSACHUSETTS, INC., THE MASONIC EDUCATION CHARITY TRUST, ROBERT PUGLISI and ROGER PAGEAU<br><br>Defendants. | Civil Action No. 04-12360-REK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Carol M. Wideman, and Defendants, Grand Lodge Services, Inc., The Master, Wardens and Members of the Grand Lodge of Masons of Massachusetts ("MWMGL"), Masonic Education Charity Trust ("MECT") (collectively referred to as the "Grand Lodge"), Roger Pageau ("Pageau"), Robert Puglisi ("Puglisi"), the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall

be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

|  |  |
|---|---|
|  | Respectfully submitted, |
| CAROL M. WIDEMAN, | GRAND LODGE SERVICES, INC., THE MASTER, WARDENS AND MEMBERS OF THE GRAND LODGE OF MASSACHUSETTS, INC., MASONIC EDUCATION AND CHARITY TRUST and ROGER PAGEAU, |
| By her Attorney, | By their attorneys, |
| _____ | _____ |
| James A. G. Hamilton (BBO # 218760) | David J. Kerman (BBO# 269370) |
| Perkins, Smith & Cohen | Samia M. Kirmani (BBO #634699) |
| One Beacon Street | JACKSON LEWIS LLP |
| Boston, MA 02109 | 75 Park Plaza, 4th Floor |
|  | Boston, MA 02116 |
|  | (617) 367-0025 |
| Dated: 4/27/05 | Dated: _____ |

Respectfully submitted,

ROBERT PUGLISI

By his attorneys,

_____
Scott Faust (BBO # 546125)
Lisa Rahilly (BBO # 564919)
McDermott Will & Emery
28 State Street
Boston, MA  02109

### CERTIFICATE OF SERVICE

This hereby certifies that on this ___ day of April 2005, a copy of the foregoing was served upon counsel of record for all parties, via first-class mail, postage prepaid.

_____
Jackson Lewis LLP